UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------

THE UNITED STATES OF AMERICA

                                                      NOTICE OF APPEAL

    - vs -                                   Case No. 3:18-cr-00321-TJM

MAXIMILIEN R. REYNOLDS,
                        Defendant.
-------------------------------------------------

PLEASE TAKE NOTICE that upon the annexed Affidavit of Raymond M. Schlather, Esq., the annexed Supplemental Affidavit of Douglas K. Stern, Esq., the accompanying Memorandum of Law, and upon all the papers and proceedings here before had and filed herein, including the original bail application submissions and proceedings, defendant Maximilien R. Reynolds will apply to the United States District Court for the Northern District of New York, at the United States Courthouse in Syracuse, New York (Binghamton chambers of District Court Judge assigned) on the 21st day of December, 2018, pursuant to 18 U.S.C. § 3145(b) and (c), and related provisions of law, for an Order of this Court revoking or amending the Order of the Magistrate Judge filed December 10, 2018, which denied Defendant's application for release on bail pending sentencing, and granting such other and further relief as to the Court seems just and proper.

Dated:   Ithaca, New York
           December 21, 2018

                                      /s/ RAYMOND M. SCHLATHER
                                      Attorney for Defendant
                                      Bar Roll No. 501364
                                      SCHLATHER, STUMBAR, PARKS & SALK, LLP
                                      200 East Buffalo Street
                                      P.O. Box 353
                                      Ithaca, New York l4850
                                      (607) 273-2202
                                      ray@ithacalaw.com